```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMIRA KHAN,

                Plaintiff(s)                     08 civ 3619 (JGK)

      -against-                   ORDER OF DISCONTINUANCE

JAMES A. WEST, P.C.,

                Defendant(s).
-------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this **4TH** day of **June,** 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                           _____
                                           JOHN G. KOELTL
                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         June 4, 2008